IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| AUBREY THOMPSON, | : | CASE NO.: 1:21-cr-00011 (WLS-TQL-6) |
| | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

Before the Court is a "Motion for Approval to File Interim Voucher in CJA Case" filed by attorney Keith Pflepsen, the appointed attorney for Defendant Aubrey Thompson. (Doc. 180.) Therein, Attorney Pflepsen requests that the Court allow him to file a voucher for interim payment of fees and expenses for representing Thompson in the above-styled action. (*Id.*) Attorney Pflepsen was appointed to this case on April 22, 2021. (Doc. 17.) Defendant Thompson changed his plea to guilty on December 7, 2021 and is currently awaiting sentencing. (Doc. 170.) Counsel asserts that failure to receive compensation would present a financial hardship, as the case has been pending for a period of nine (9) months and is "expected to extend into (1) year." (Doc. 180.)

Recent procedural changes require that counsel requesting interim payment submit interim bills at specific intervals. *See* CJA Guidelines & Forms, Guidelines for Administering the CJA and Related Statutes, *Ch. 2: Appointment and Payment of Counsel* § 230.73.10 Appx 2C, *available at* http://www.uscourts.gov/file/vol07a-ch02-appx2cpdf. ("CJA Guidelines.") Although Attorney Pflepsen has not submitted interim vouchers, he acknowledges in his Motion that he must submit Form CJA 20 listing his fees and expenses. (Doc. 180.) Counsel appointed in non-capital federal criminal cases may be paid a maximum hourly rate of $158. CJA Guidelines § 230.16(a). The maximum case compensation for fees for a federal felony case is $12,300, unless a greater amount is approved by the Chief Circuit Judge. *Id.* § 230.23.20(a). Though compensation is typically applied for and provided at the conclusion of

a case, "the presiding trial judge may arrange for periodic or interim payments to counsel" where it is deemed necessary. *Id.* § 230.17.10(a). Per the CJA Guidelines, the Court is to prepare a Memorandum Order illustrating a proposed payment option that strikes "a balance between the interest in relieving [the] court-appointed [attorney] of financial hardships in extended or complex cases, and the practical application of the statutorily imposed responsibility of the chief judge of the circuit to provide a meaningful review of claims for excess compensation." *Id.* § 230.17.10(c). Therefore, based on the CJA Guidelines, the Court makes the following determination.

To receive payment, Attorney Pflepsen **SHALL** submit an interim Form CJA 20 voucher detailing all compensation claimed and reimbursable expenses incurred to date in this action, which shall be supported by a detailed and itemized time and expense statement in accordance with the Guidelines for Administering the CJA and Related Statutes. After reviewing the interim voucher, the Court will authorize compensation for eighty (80) percent of the approved number of hours and payment for all reimbursable expenses reasonably incurred. At the conclusion of the representation, Attorney Pflepsen shall submit a final voucher seeking payment of the twenty (20) percent balance withheld from the interim voucher and payment for representation provided during the final interim period, setting forth in detail the time and expenses claimed for the entire case and containing appropriate documentation. If any voucher exceeds the case compensation statutory limits, the Court will, if appropriate, submit it to the chief judge of this circuit or his or her delegate for review and approval.

Accordingly, Attorney Pflepsen's "Motion for Approval to File Interim Voucher in CJA Case" (Doc. 180) is **GRANTED** to the extent that the Court will accept and review his properly submitted interim voucher. The Court will make a determination regarding interim payment after reviewing the voucher.

**SO ORDERED,** this 31st day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**